**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHELLE MARIE STIVERSON and K.S-M., a minor, by and through her Guardian Ad Litem, Danielle Stiverson,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SACRAMENTO, TANYA COIT, ANA NGUYEN, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18Cv2128-JAM-EFB<br><br>~~Proposed~~ Order for Guardian Ad Litem |

Presently before the Court is Plaintiffs' Motion to Appoint Guardian Ad Litem for Minor Plaintiff K.S-M. Plaintiff Rachelle M. Stiverson to appoint Danielle Stiverson as guardian ad litem to represent the interest of Plaintiff "K.S-M."

Good cause appearing, the Court GRANTS Plaintiffs' motion.

**IT IS SO ORDERED.**

DATED: 8·6·2018

_____
United States District Judge

1