# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE MARIE STIVERSON and K.S-M., a minor, by and through her Guardian Ad Litem, Danielle Stiverson,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, TANYA COIT, ANA NGUYEN, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-2128-JAM-EFB<br><br>**ORDER APPROVING MINOR'S INTEREST IN SETTLEMENT OF ACTION**<br><br>**Date:**<br>**Time:**<br>**Dept:**<br><br>Honorable John A. Mendez<br><br>~~Mag. Edmund F. Brennan~~ |

On March 24, 2020, Guardian ad Litem Danielle Stiverson filed a Petition for Approval of Minor's Interest in Settlement of Action (the "Petition").

Having considered the Petition and all supporting papers and evidence and good cause appearing, the Court approves and grants the Petition (ECF **), and finds Plaintiffs are entitled to the following:

1.　$50,000 of the settlement with Defendants will be used to fund an annuity for the benefit of Minor Plaintiff K.S-M. Said amount will be made payable to Structured Assignments, SCC to fund periodic payments as outlined in Exhibit 1.

1

2. Defendants' obligation to make the periodic payments described herein shall be assigned to Structured Assignments, SCC through a Non-Qualified Assignment and funded by an annuity contract issued by Security Benefit Life Insurance Company. To fund the periodic payments, Defendants will issue a check in the amount of $50,000 payable to Structured Assignments, SCC and executed the Non-Qualified Assignment and Release.

3. Said monies are not to be withdrawn until disbursed in accordance with the payment schedule set forth as Exhibit 1 hereto.

4. Unless otherwise ordered by the Court, said monies are not to be used for K.S-M.'s necessities of life while she is a minor.

5. The balance of the settlement funds will be disbursed as follows:

   a. $243,750.00 in attorneys' fees, made payable to "The Law Office of Donnie R. Cox."

   b. $6,821.78 in costs advanced, made payable to "The Law Office of Donnie R. Cox."

   c. The balance of $186,928.22 made payable to "The Law Office of Donnie R. Cox Client Trust Account and Rachelle Stiverson."

**IT IS SO ORDERED AND ADJUDGED.**

DATED: March 26, 2020

_____
Judge of the United States District Court