UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| RACHELLE MARIE STIVERSON and K.S-M., a minor, by and through her Guardian Ad Litem, Danielle Stiverson,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, TANYA COIT, ANA NGUYEN, and DOES 1 through 50, inclusive,<br><br>            Defendant | Case No.: 2:18-cv-02128-JAM-EFB<br><br>ORDER FOR ENTRY OF DISMISSAL OF ENTIRE ACTION |

The Court, upon review of the parties Stipulation for Entry of Dismissal of Entire Action  ECF doc 17), and for Good Cause shown, enters its Order Dismissing the above entitled action pursuant to the following terms and conditions:

That based upon the stipulation of the parties, Plaintiffs RACHELLE MARIE STIVERSON and K.S-M., a minor, by and through her Guardian Ad Litem, Danielle Stiverson, and Defendants COUNTY OF SACRAMENTO, TANYA COIT, and ANA NGUYEN, by and through their attorneys of record,

this action is Dismissed in its entirety with prejudice pursuant to Fed R. Civ. P. 41(a).

That in connection with this dismissal, Defendant COUNTY OF SACRAMENTO agrees it will modify its policies, procedures, practices and customs regarding medical procedures, including examinations and testing, for children in the County's protective custody to ensure compliance with the court decisions in *Wallis, Greene*, and *Mann*, such policies to include provisions concerning notice to parents, parental consent and parental attendance or observation as such examinations.

That each party is to bear their own fees and costs, including all attorneys' fees.

**IT IS SO ORDERED**

DATED:     June 4, 2020          /s/ John A. Mendez_____

John A. Mendez
UNITED STATES DISTRICT COURT JUDGE